THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00800-RPM

CINCINNATI INSURANCE COMPANY,

      Plaintiff,

v.

MICHAEL D. YOUNG;
SENTRY CONSTRUCTION, INC.; and
DBCAJT, LLC,

      Defendants.

_____

## ORDER VACATING ENTRIES OF DEFAULTS
_____

Pursuant to the Motion to Set Aside Entries of Default, filed June 28, 2013 [18], by the defendants and good cause having been shown and the Answer and Counterclaims, filed on June 21, 2013 [16], showing a legitimate dispute, it is now

ORDERED that the motion to set aside defaults is granted and the Clerk Entries of Defaults on defendants Michael D. Young and Sentry Construction, Inc. are vacated and it is

FURTHER ORDERED that the Answer and Counterclaims, filed June 21, 2013 [16], is timely filed.

Dated: July 1st, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge