IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:13-cv-00800-RPM

Cincinnati Insurance Company,

    Plaintiff,

v.

Michael D. Young; Sentry Construction, Inc.; and DBCAJT, LLC,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation of the Plaintiff, Cincinnati Insurance Company, and the Defendants, Michael D. Young, Sentry Construction, Inc., and DBCAJT, LLC, for a dismissal of all claims of Plaintiff against Defendants with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that the claims of Plaintiff, Cincinnati Insurance Company, and the Defendants, Michael D. Young, Sentry Construction, Inc., and DBCAJT, LLC, in the above captioned action are hereby dismissed with prejudice, each party to pay their respective costs and attorney fees.

DATED: December 3rd, 2013

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge